■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BRUNSON, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five type-written copies of the brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY ENO, Appellant.— Motion for order reversing judgment of conviction denied. Time to perfect appeal extended 90 days.

■ (A) HARRY KIRKER, Respondent, v. CHARLES SPALT, Doing Business as SPALT REALTY COMPANY, et al., Appellants. (B) FRANCIS L. McQUIDE et al., Respondents, v. CHARLES SPALT, Doing Business as SPALT REALTY COMPANY, et al., Appellants.— [In each action] Motion granted to extend the time of appellants to perfect the appeal to October 29 and to be ready for the November Term. If the minutes are not received from the County Court stenographer on or before October 10 the appellants should promptly proceed in this court for appropriate directions to the stenographer.

■ In the Matter of the Claim of CARMINE LI GRECI, Appellant, v. GREENE, TWEED & Co., et al., Respondents.— Application denied.

■ In the Matter of the Claim of BALTASAR DELGADO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Permission to prose-cute appeal as a poor person granted. Appeal may be perfected upon one type-written copy of the record and five typewritten copies of the brief. Leon David Kogan, Esq., 5 Maiden Lane, New York, N. Y., is hereby assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD SCHERMERHORN, Appellant.— Motion for change of venue denied.

■ In the Matter of NEW YORK STATE RESTAURANT ASSOCIATION, INC., Appellant, v. BOARD OF STANDARDS AND APPEALS OF THE STATE OF NEW YORK et al., Respondents.— Motion for order removing and transferring petition and hearing thereon from the Appellate Division, Third Department, to the Supreme Court of the State of New York, Special Term, Albany County, granted.

■ JOSEPH R. KEIFNER, Respondent, v. EDWARD MROZEK, Appellant, et al., Defendants.— Application, by order to show cause, for a stay pending the hearing and determination of the appeal granted.

■ In the Matter of the Claim of BERNICE MARSH, Respondent, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Application for appointment of counsel pursuant to subdivision 1 of section 538 of the Labor Law granted. Henry J. Metzner, Esq., 206 Glen Street, Glens Falls, N. Y., is hereby appointed as counsel.